### 15581.   CULVERHOUSE *et al.* v. WATKINS COMPANY.

BROYLES, C. J. The contract sued upon in the instant case was one of suretyship, and not one of guaranty (*Watkins Medical Co.* v. *Marbach,* 20 *Ga. App.* 691, 93 S. E. 270), and the court did not err in any of its rulings upon the demurrers and other pleadings, or upon the admissibility of evidence, or in directing a verdict in favor of the plaintiff and against all the defendants for the full amount sued for.

*Judgment affirmed.   Luke and Bloodworth, JJ., concur.*

DECIDED JULY 15, 1924.

Complaint; from Crawford superior court—Judge Malcolm D. Jones.   March 31, 1924.

The contract in question is similar to the one set out in the case cited in the foregoing decision.

*R. D. Feagin,* for plaintiffs in error.

*Jones, Park & Johnston, G. W. Garrett,* contra.